453 A.2d 336

ESTATE of Marcia DeForest POST, Deceased.

Appeal of Katherine POST.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

William P. Lincke, Andrew Mutch Knowlton, Philadelphia, for appellant.

Dunstan McNichol, Philadelphia, for Marcia D. Cammann.

Charles K. Plotnick, King of Prussia, for Frances B. Hrynio and Stephen Cammann.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Decree affirmed.   Each party bear own costs.